[Civ. No. 3261. Second Appellate District, Division One.—June 11, 1921.]

COUNTY OF LOS ANGELES, Respondent, v. RINDGE COMPANY (a Corporation), et al., Appellants.

PUBLIC HIGHWAYS — ACQUISITION OF LAND BY COUNTY — METHOD OF PROCEDURE.—Order affirmed upon the authority of *Adamson* v. *County of Los Angeles*, 52 Cal. App. 125, and *County of Los Angeles* v. *Rindge Co., ante*, p. 166.

APPEAL from an order of the Superior Court of Los Angeles County authorizing the county to take immediate possession and use of property condemned for use as a highway. Paul J. McCormick, Judge. Affirmed.

The facts are stated in the opinion of the court.

Anderson & Anderson and Nathan Newby for Appellants.

A. J. Hill, County Counsel, and Paul Vallee, Chief Deputy County Counsel, for Respondent.

SHAW, J.—In a proceeding against defendants for the condemnation of a strip of land for use as a highway, the plaintiff had an interlocutory judgment, followed by a final order and judgment condemning the property. Thereafter, under and in accordance with the provisions of section 1254 of the Code of Civil Procedure, the court made an order under and by virtue of which plaintiff was authorized to take immediate possession and use of the property, from which order defendants have appealed.

In the case of *Adamson* v. *County of Los Angeles*, 52 Cal. App. 125, [198 Pac. 52], the plaintiff therein, alleging the order was void, sought to have the county enjoined from the prosecution of work in the construction of the road. From an adverse judgment rendered by the superior court, Adamson appealed. The court of appeal held the order was valid and that no ground existed for the attack made thereon. The determination of the court there had

must be deemed decisive of the question. Upon the authority of that case and what is said by this court in *County of Los Angeles* v. *Rindge Co. et al., ante,* p. 166, [200 Pac. 27], the order appealed from is affirmed.

Conrey, P. J., and James, J., concurred.